UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE LOVE,<br><br>    Petitioner,<br><br>    v.<br><br>JEROME PRICE,<br><br>    Respondent. | Case No. CV 14-07710 AB (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the other records and files herein, the Magistrate Judge's Report and Recommendation ("Report"), and Petitioner's Objections to the Magistrate Judge's Report. Having made a *de novo* determination of the parts of the Report to which Petitioner's Objections were directed, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the First Amended Petition is denied and Judgment shall be entered dismissing this action with prejudice.

DATED: March 8, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE