1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

CURTIS LEE LOVE,

               Petitioner,

      v.

JEROME PRICE,

               Respondent.

Case No. CV 14-07710 AB (RAO)

JUDGMENT

17
18
19
20
21

      Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

22
23
24
25
26
27
28

DATED:  March 8, 2016

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE